UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID EARL BRIDGES, : | |
|     Petitioner, : | |
| : | PRISONER |
| v. : | Case No. 3:07cv105(WWE) |
| : | |
| SIEMINSKI, : | |
|     Respondent. : | |

## RULING AND ORDER

On February 19, 2008, the Court granted respondent's motion to dismiss the petition because petitioner had not exhausted his state court remedies before commencing this action. The Court informed petitioner that he could move to reopen judgment and file a new petition after he completed the exhaustion process in state court. See Doc. #20. Petitioner now files a motion entitled "Requirement of Authentication or Identification and Inculpatory Evidence" in which he states that the state forensic laboratory failed to process evidence relevant to his criminal case. He asks this Court to order a new trial, vacate his guilty plea and order him released from custody.

This case has been closed for eighteen months. Until petitioner completes his exhaustion process and successfully reopens this case, any motion is premature. Petitioner's motion [**Doc. #31**] is **DENIED**.

**SO ORDERED** this 29th day of October 2009, at Bridgeport, Connecticut.

                                        /s/
                          Warren W. Eginton
                          Senior United States District Judge