UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID EARL BRIDGES,<br>    Petitioner, | :<br>:<br>: PRISONER |
| v. | : Case No. 3:07cv105(WWE)<br>: |
| SIEMINSKI,<br>    Respondent. | :<br>: |

## RULING AND ORDER

This case has been closed for nearly two years. See Doc. #21. Petitioner now files a "Motion to Press Outside Charges and to Establish Arrest Warrants for Filing a False Police Report Solely Based on False Claims Without Merit[s]." The request relates to petitioner's state conviction.

Petitioner cites state law in support of his motion. Any request for an arrest warrant pursuant to state law should be made to the state officials.

Petitioner's motion (Doc. #34) is DENIED. Petitioner is on notice that he shall not file any further motions in this case until he successfully moves to reopen the case.

**SO ORDERED**.

                                              /s/
                                     Warren W. Eginton
                                     Senior United States District Judge

Dated at Bridgeport, Connecticut, this 2d day of December, 2009.